HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | ) |
| Plaintiff, | ) Case No. 3:18-cv-06025-RSL |
| v. | ) |
| | ) ORDER EXTENDING CASE |
| OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE, | ) DEADLINES |
| Defendants. | ) |

THIS MATTER came before the Court on the parties' stipulated joint motion to extend certain deadlines in the case management order.

The Court finds there is good cause to grant the requested relief. Therefore, it is hereby ORDERED:

1. The deadline for taking depositions is extended to November 25, 2020.

2. The deadline to file dispositive motions and *Daubert* motions is extended to December 30, 2020.

3. All other deadlines have already passed or have been stricken.

ORDER EXTENDING DEADLINES- 1

Dated this 8th day of September, 2020.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Court Judge

ORDER EXTENDING DEADLINES- 2