HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiff, <br><br> v. <br><br> OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE, <br><br> Defendants. | Case No. 3:18-cv-06025-RSL <br><br> ORDER EXTENDING CASE DEADLINES |

THIS MATTER came before the Court on the parties' stipulated joint motion to extend certain deadlines in the case management order.

The Court finds there is good cause to grant the requested relief. Therefore, it is hereby ORDERED:

1. The deadline for taking depositions is extended to February 19, 2021.

2. Pursuant to the parties' stipulation, Plaintiff will serve supplemental or amended expert reports on Defendants by December 16, 2020, and Defendants will serve supplemental or amended expert rebuttals to the December 16, 2020 reports on Plaintiff by January 19, 2021.

ORDER EXTENDING DEADLINES- 1

3. The deadline to file dispositive motions and *Daubert* motions is extended to March 25, 2021.

4. All other deadlines remain unchanged.

DATED this 30th day of  November , 2020.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

 *s/Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

ORDER EXTENDING DEADLINES - 2