UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>**ORDER ON STIPULATED MOTION TO EXTEND CASE DEADLINES REGARDING LYNN CUNY**<br><br>**Noting Date: March 4, 2021** |

THIS MATTER comes before the Court on the parties Stipulated Motion to Extend Case Deadlines Regarding Lynn Cuny. The Motion is GRANTED. The deadline to conduct the deposition of Lynn Cuny is extended to April 9, 2021, provided that ALDF may not rely upon Ms. Cuny's testimony or opinions in support of, or in opposition to, any dispositive motion filed by any Party. The deadline for any *Daubert* motions with respect to Lynn Cuny's qualifications as an expert or her testimony or opinions is extended to May 13, 2021. All other deadlines remain unchanged.

//

//

//

IT IS SO ORDERED.

Dated this 5th day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented By:

STOEL RIVES LLP

*/s/ Aric H. Jarrett*
Jason T. Morgan, WSBA No. 38346
Aric H. Jarrett, WSBA No. 39556
James C. Feldman, WSBA No. 51271
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7527
Email: jason.morgan@stoel.com
aric.jarrett@stoel.com
james.feldman@stoel.com

Attorneys for Defendants

ORDER ON STIPULATED MOTION TO EXTEND CASE DEADLINES
REGARDING LYNN CUNY (3:18-cv-06025-RsL) - 2

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

110037172.1 0069042-00001