UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANIMAL LEGAL DEFENSE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-06025-RSL |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFF'S MOTION TO FILE |
| OLYMPIC GAME FARM, INC., ROBERT | ) | OVER-LENGTH BRIEF AND ORDER |
| BEEBE, JAMES BEEBE, and KENNETH | ) | |
| BEEBE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## I.      MOTION

Pursuant to Local Rule 7(f), Plaintiff Animal Legal Defense Fund ("ALDF") respectfully requests the Court's permission to file a summary judgment motion that is thirty-four pages long, or ten pages over-length.  ALDF intends to file its motion on or about March 25, 2021, and therefore respectfully requests the Court's decision prior to that date.

## II.      STATEMENT IN SUPPORT

This case alleges that Defendants have kept, mistreated, and neglected animals in violation of the Endangered Species Act and several state statutes. ALDF's motion will seek partial summary judgment on Olympic Game Farm's liability for violating the Endangered Species Act as to numerous animals of multiple species (including several grizzly bears whose

MOTION TO FILE AN OVER-LENGTH BRIEF
AND ORDER
No. 3:18-cv-06025-RSL- 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1
2
3
4
5
6

protected status Defendants dispute), as well as for maintaining a public nuisance (which also implicates a dispute over the protected status of Olympic Game Farm's wolves).  While the facts material to these issues are not subject to reasonable dispute, they are voluminous and include subjects that are technical and likely unfamiliar to the Court.  The motion will also present issues of law that are questions of first impression at least in the Ninth Circuit if not nationwide.

7
8
9
10
11

The undersigned attorney certifies that it is not practicable to effectively cover the material facts about each animal and address the issues of first impression in twenty-four pages. The requested extra pages will enable ALDF to present clearer arguments and accounts of the facts to better narrow the issues for trial.

**III.     CONCLUSION**

12
13
14

For the foregoing reasons, ALDF respectfully requests the Court's permission to file a summary judgment motion that is thirty-four pages long.

15
16

RESPECTFULLY SUBMITTED this 22nd day of March, 2021.

17

**SMITH & LOWNEY, PLLC**

18
19
20
21
22

By: /s/ *Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

23
24
25
26
27
28
29

MOTION TO FILE AN OVER-LENGTH BRIEF
AND ORDER
No. 3:18-cv-06025-RSL- 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

ORDER

The Court, having considered Plaintiff Animal Legal Defense Fund's Local Rule 7(f)

motion to file an over-length summary judgment motion, hereby GRANTS Plaintiff's motion.

Plaintiff may file a summary judgment motion that is up to thirty-four pages, i.e. ten additional

pages long. Consistent with Local Rule 7(f)(4) the brief in opposition will automatically be

allowed an equal number of additional pages, and the reply brief shall not exceed seventeen

pages.

Dated this 23rd day of March, 2021.

*MM S Casnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
 /s/*Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

MOTION TO FILE AN OVER-LENGTH BRIEF
AND ORDER
No. 3:18-cv-06025-RSL- 3

**SMITH & LOWNEY, P.L.L.C.**
**2317 EAST JOHN STREET**
**SEATTLE, WASHINGTON 98112**
**(206) 860-2883**