UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OLYMPIC GAME FARM, INC., ROBERT ) <br> BEEBE, JAMES BEEBE, and KENNETH ) <br> BEEBE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:18-cv-06025-RSL <br><br> STIPULATED MOTION FOR RELIEF FROM DEADLINES AND ORDER |

## I. MOTION

Pursuant to Local Civil Rule 7(j), Plaintiff Animal Legal Defense Fund ("ALDF") respectfully requests the Court extend the deadline for filing dispositive motions and Daubert motions by fifteen minutes, i.e., to 12:15 am on March 26, 2021. Defendants have stipulated to this relief.

## II. STATEMENT IN SUPPORT

The undersigned counsel for ALDF experienced technical difficulties finalizing and filing some of the papers supporting ALDF's motion for summary judgment and Daubert motion, which delayed the filing and service to just after midnight on March 25, 2021. The short delay has not caused any prejudice and will not impact the case schedule.

STIPULATED MOTION FOR RELIEF FROM
DEADLINES
No. 3:18-cv-06025-RSL- 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

RESPECTFULLY SUBMITTED and stipulated to this 30th day of March, 2021.

**Smith & Lowney, PLLC**

By: /s/*Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

Attorneys for Plaintiff


STOEL RIVES LLP

*/s/ Jason T. Morgan*
Jason T. Morgan, WSBA No. 38346
jason.morgan@stoel.com
Aric H. Jarrett, WSBA No. 39556
aric.jarrett@stoel.com
James C. Feldman, WSBA No. 51271
james.feldman@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900

Attorneys for Defendants

STIPULATED MOTION FOR RELIEF FROM DEADLINES
No. 3:18-cv-06025-RSL- 2

**Smith & Lowney, p.l.l.c.**
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

ORDER

The Court, having considered Plaintiff Animal Legal Defense Fund's stipulated motion for relief from deadlines, hereby GRANTS Plaintiff's motion. The deadlines for dispositive motions and Daubert motions is extended by fifteen minutes, to 12:15 am on March 26, 2021.

Dated this 31st day of March, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
/s/*Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

STIPULATED MOTION FOR RELIEF FROM DEADLINES
No. 3:18-cv-06025-RSL- 3

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883