UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OLYMPIC GAME FARM, INC., ROBERT ) <br> BEEBE, JAMES BEEBE, and KENNETH ) <br> BEEBE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:18-cv-06025-RSL <br><br> STIPULATED MOTION FOR RELIEF FROM DEADLINES AND ORDER |

### I. MOTION

Pursuant to Local Civil Rule 7(j), Plaintiff Animal Legal Defense Fund ("ALDF") respectfully requests the Court extend the deadline for filing its response to Defendants' motion for summary judgment by one week, *i.e.*, April 12, 2021. Defendants have stipulated to this relief, provided Defendants receive a reciprocal one-week extension to respond to ALDF's partial motion for summary judgment, *i.e.*, April 19, 2021.

### II. STATEMENT IN SUPPORT

Both parties have recently submitted multiple motions, with lengthy associated briefing due on overlapping dates. ALDF and Defendants have stipulated to reciprocal extensions in responding to the other party's motion for summary judgment. The short and equivalent delay

STIPULATED MOTION FOR RELIEF FROM DEADLINES
No. 3:18-cv-06025-RSL- 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

for each party's response will not cause any prejudice. The parties propose that the revised summary judgment motions briefing deadlines be as follows:

- ALDF's response to Defendants' motion for summary judgment to be due April 12.
- Defendants' reply in support of their motion for summary judgment to be due April 16.
- Defendants' response to ALDF's motion for summary judgment to be due April 19.
- ALDF's reply in support of its motion for summary judgment to be due April 23.

RESPECTFULLY SUBMITTED and stipulated to this 31st day of March, 2021.

**Smith & Lowney, PLLC**

By: /s/ *Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

Attorneys for Plaintiff


STOEL RIVES LLP

/s/ Aric H. Jarrett
Jason T. Morgan, WSBA No. 38346
jason.morgan@stoel.com
Aric H. Jarrett, WSBA No. 39556
aric.jarrett@stoel.com
James C. Feldman, WSBA No. 51271
james.feldman@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

Attorneys for Defendants

STIPULATED MOTION FOR RELIEF FROM DEADLINES
No. 3:18-cv-06025-RSL- 2

ORDER

The Court, having considered Plaintiff Animal Legal Defense Fund's stipulated motion for relief from deadlines, hereby GRANTS Plaintiff's motion. The reciprocal deadlines for responses to the parties' cross-motions for summary judgment are as follows:

- ALDF's response to Defendants' motion for summary judgment is due April 12, 2021.
- Defendants' reply in support of their motion for summary judgment is due April 16, 2021. The Clerk of Court is directed to renote Defendants' motion for summary judgment for consideration on April 16, 2021.
- Defendants' response to ALDF's motion for summary judgment is due April 19, 2021.
- ALDF's reply in support of its motion for summary judgment is due April 23, 2021. The Clerk of Court is directed to renote ALDF's motion for summary judgment for consideration on April 23, 2021.

Dated this 6th day of April, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR RELIEF FROM
DEADLINES
No. 3:18-cv-06025-RSL- 3

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883