UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS** |

THIS MATTER comes before the Court on Defendants' Motion For Leave to File Over-Length Briefs. The Court hereby GRANTS Defendants' motion.

The Court accepts Defendants' Motion to Exclude Expert Testimony (Dkt. # 142) and will consider the overlength pages of plaintiff's response (Dkt. # 168). Defendants' reply memorandum is limited to eight pages (half the substantive portions of plaintiff's response).

The Court further accepts Defendants' Opposition to Plaintiff's *Daubert* Motion (Dkt. # 173). Animal Legal Defense Fund's reply memorandum shall not exceed eleven pages.

ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE OVER LENGTH BRIEFS- 1
(3:18-cv-06025-RSL)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1  Dated this 6th day of April, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE OVER LENGTH BRIEFS - 2
(3:18-cv-06025-RSL)
110408314.1 0069042-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900