UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>**ORDER ON STIPULATED MOTION TO EXTEND CASE DEADLINES REGARDING LYNN CUNY** |

THIS MATTER comes before the Court on the parties Stipulated Motion to Extend Case Deadlines Regarding Lynn Cuny. The Motion is GRANTED. The deadline to conduct the deposition of Lynn Cuny is extended to April 23, 2021, and the deadline for any *Daubert* motions with respect to Lynn Cuny's qualifications as an expert or her testimony or opinions is extended to May 27, 2021. ALDF may not rely upon Ms. Cuny's testimony or opinions in support of, or in opposition to, any dispositive motion filed by any Party. All other deadlines remain unchanged.

Dated this 9th day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON SECOND STIPULATED MOTION
TO EXTEND CASE DEADLINES RE LYNN CUNY
(3:18-cv-06025-RSL)                - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*