UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>**STIPULATED MOTION FOR RELIEF FROM DEADLINES AND ORDER** |

Pursuant to Local Civil Rule 7(f), Defendants Olympic Game Farm, Inc., Robert Beebe, James Beebe, and Kenneth Beebe (collectively, "**Olympic Game Farm**" or "**Defendants**"), by and through their attorneys of record, respectfully request the Court extend the deadline for filing its response to Plaintiffs motion for summary judgment by one week, to April 26, 2021.  Plaintiffs have stipulated to this relief, provided Defendants receive a reciprocal one-week extension to reply to Defendants response, to May 7, 2021.

**STATEMENT IN SUPPORT**

Both parties have recently submitted multiple motions, with lengthy associated briefing due on overlapping dates. Plaintiffs and Defendants previously stipulated to a schedule adjustment in a reasonable effort to address the overlapping dates which Defendants believed was achievable

STIPULATED MOTION FOR RELIEF FROM DEADLINES
(3:18-cv-06025-RSL)                                     - 1 -

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

at that time. Unfortunately, undersigned counsel for Olympic Game Farm experienced unexpected obligations associated with the death of his father that has prevented him from working full time on this matter. The parties have stipulated to reciprocal extensions in responding to the motion for summary judgment and reply. The short and equivalent delay for each party's response and reply will not cause any prejudice. The parties propose that the revised summary judgment motions briefing deadlines be as follows:

- Defendants' response to Plaintiff's motion for partial summary judgment to be due April 26.

- Plaintiff's reply in support of their motion for summary judgment to be due May 7.

RESPECTFULLY SUBMITTED and stipulated to this 14th day of April, 2021.

**STOEL RIVES LLP**

*/s/ Jason T. Morgan*
Jason T. Morgan, WSBA No. 38346
Aric H. Jarrett, WSBA No. 39556
James C. Feldman, WSBA No. 51271
Rachel D. Groshong, WSBA No. 47021
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7527
Email: jason.morgan@stoel.com
       aric.jarrett@stoel.com
       rachel.groshong@stoel.com
       james.feldman@stoel.com

*Attorneys for Defendants*

**SMITH & LOWNEY, PLLC**

*/s/Claire E. Tonry per email authorization*
Claire E. Tonry, WSBA No. 44497
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR RELIEF FROM DEADLINES
(3:18-cv-06025-RSL)                              - 2 -

110504703.1 0069042-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

ORDER

The Court, having considered Defendants stipulated motion for relief from deadlines, hereby GRANTS Defendants' motion. The Clerk of Court is directed to renote plaintiff's motion for partial summary judgment (Dkt. # 147) to Friday, May 7, 2021. The deadlines for responses and replies related to Plaintiff's motion for partial summary judgment are as follows:

- Defendants' response to Plaintiff's motion for partial summary judgment to be due April 26.
- Plaintiff's reply in support of their motion for summary judgment to be due May 7.

Dated this 15th day of April, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jason T. Morgan*
Jason T. Morgan, WSBA No. 38346
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.386.7527
Email: jason.morgan@stoel.com

STIPULATED MOTION FOR RELIEF FROM DEADLINES
(3:18-cv-06025-RSL)                    - 3 -

110504703.1 0069042-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900