UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>  Defendants. | No. 3:18-cv-06025-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENTS RELATED TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

THIS MATTER comes before the Court on the Stipulated Motion to Seal Documents Related to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. After considering the motion, the motion is GRANTED.

It is ORDERED that Dkts. # 206 and # 207 shall be kept under seal. Redacted versions of these documents are available for public viewing. The parties shall, however, show cause on or before April 30, 2021, why Dkt. # 201 should not be unsealed.

Dated this 27th day of April, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO FILE UNDER SEAL                                        - 1
(3:18-cv-06025-RSL)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900