UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | Cause No. C18-6025RSL<br><br>ORDER GRANTING PLAINTIFF LEAVE TO CONDUCT DISCOVERY |

This matter comes before the Court on "Plaintiff's Motion for Leave to Conduct Discovery." Dkt. # 137. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the motion is hereby GRANTED. Defendant Olympic Game Farm ("OGF") shall request from Washington Animal Disease Diagnostic Laboratory ("WADDL") all photographs of its animals within WADDL's possession and the complete accession form (including the handwritten note) related to the brown bear "Marsha" and shall produce those documents to plaintiff within twenty-one days of the date of this Order. If timely production is not made, plaintiff may issue a third-party subpoena to WADDL for the documents identified herein.

Dated this 30th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF
LEAVE TO CONDUCT DISCOVERY - 1