UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiff, <br><br> v. <br><br> OLYMPIC GAME FARM, INC., *et al.*, <br><br> Defendants. | Case No.  C18-6025RSL <br><br> ORDER GRANTING MOTION TO SEAL (Dkt. # 187) |

This matter comes before the Court on "Plaintiff's Motion to File Under Seal." Dkt. # 187. Pursuant to LCR 5(g), plaintiff seeks to seal an agreement designated as confidential by defendants. Although there is a strong presumption of public access to the court's files, the decades-old agreement and its terms were relevant only to the determination of whether Ms. Carrizosa's deposition testimony should be maintained under seal: it is not relevant to any claims or defense at issue in this case. Thus, the interests of the public in viewing the document are minimal and do not outweigh defendants' interests in keeping the record secret.

//

//

ORDER GRANTING MOTION
TO SEAL (Dkt. # 187) - 1

1        For the foregoing reasons, plaintiff's motion to seal (Dkt. # 187) is GRANTED. Dkt.

2 # 188 shall remain under seal.

4        Dated this 10th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO SEAL (Dkt. # 187) - 2