UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANIMAL LEGAL DEFENSE FUND,

    Plaintiff,

    v.

OLYMPIC GAME FARM, INC., *et al.*,

    Defendants.

Case No. C18-6025RSL

ORDER DENYING MOTION TO SEAL (Dkt. # 191)

    This matter comes before the Court on "Plaintiff's Motion on Filing Under Seal." Dkt. # 191. Pursuant to LCR 5(g), plaintiff seeks to seal records designated as confidential by defendant Olympic Game Farm ("OGF") and/or third-party Sequim Animal Hospital ("SAH").[1] Plaintiff does not believe that any of the other documents should remain under seal. The parties were unable to reach agreement regarding the seal issues.

    For the reasons set forth in the "Order Regarding Motion to Seal (Dkt. # 157)," dated January 7, 2022, the Court finds that defendants have not made the showing necessary to preclude public access to the deposition transcript or veterinarian records at issue. Plaintiff's

---

[1] The documents at issue are Dkt. # 192 (unredacted version of plaintiff's response to defendants' motion for summary judgment, with attached deposition transcript); Dkt. # 193 (veterinarian records); Dkt. # 194 (Declaration of Dr. Valerie Johnson, including references to veterinarian records); Dkt. # 195 (Second Declaration of Dr. Lisa Harrenstien, including references to veterinarian records).

ORDER DENYING MOTION
TO SEAL (Dkt. # 191) - 1

1  motion to seal (Dkt. # 191) is therefore DENIED. The Clerk of Court is directed to unseal Dkt. # 192-195.

      Dated this 10th day of January, 2022.

                                      *Robert S. Lasnik* (signature)
                                      Robert S. Lasnik
                                      United States District Judge

ORDER DENYING MOTION
TO SEAL (Dkt. # 191) - 2