UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANIMAL LEGAL DEFENSE FUND,

Plaintiff,

v.

OLYMPIC GAME FARM, INC., *et al.*,

Defendants.

Case No. C18-6025RSL

ORDER DENYING JOINT MOTION TO SEAL (Dkt. # 212)

This matter comes before the Court on the "Joint Motion on Filing Under Seal." Dkt. # 212. Pursuant to LCR 5(g), the parties seek the Court's ruling regarding the seal of veterinary records (Dkt. # 214) and an unredacted reply brief which refers to information that was designated as confidential by defendant Olympic Game Farm ("OGF") and/or third-party Sequim Animal Hospital (Dkt. # 213). For the reasons set forth in the "Order Regarding Motion to Seal (Dkt. # 157)," dated January 7, 2022, the Court finds that defendants have not made the showing necessary to preclude public access to the records at issue. The joint motion to seal (Dkt. # 212) is therefore DENIED. The Clerk of Court is directed to unseal Dkt. # 213-214.

Dated this 10th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING JOINT MOTION
TO SEAL (Dkt. # 212) - 1