UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | Case No. C18-6025RSL |
| Plaintiff, | ORDER |
| v. | |
| OLYMPIC GAME FARM, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff's timely motion for reconsideration of the Court's summary judgment orders (Dkt. # 228 and # 229). The Clerk of Court is directed to renote plaintiff's motion for reconsideration (Dkt. # 230) on the Court's calendar for Friday, April 8, 2022. Defendants may file a response on or before Monday, April 4, 2022. Plaintiff's reply, if any, is due on or before the note date.

Dated this 24th day of March, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1