UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | Case No. C18-6025RSL |
| Plaintiff, | ORDER |
| v. | |
| OLYMPIC GAME FARM, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on defendants' timely motion for reconsideration of the Court's summary judgment order (Dkt. # 228). The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. # 231) on the Court's calendar for Friday, April 8, 2022. Plaintiff may file a response on or before Monday, April 4, 2022. Defendants' reply, if any, is due on or before the note date.

Dated this 24th day of March, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1