UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | Case No. 3:18-cv-06025-RSL<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable Robert S. Lasnik, United States District Judge:

The trial date and any remaining pretrial deadlines are hereby STRICKEN pending the Court's rulings on the outstanding motions.

DATED this 30th day of August, 2022.

*/s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Robert S. Lasnik, Judge
victoria_ericksen@wawd.uscourts.gov

MINUTE ORDER – 1