UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | Cause No. C18-6025RSL<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SUPPLEMENT CERTIFIED RECORD |

This matter comes before the Court on "Plaintiff's Motion to Supplement Record Certified to Washington Supreme Court." Dkt. # 259. Having considered the papers submitted by the parties and having reviewed the remainder of the record, the Court hereby directs the Clerk of Court to submit to the Supreme Court of Washington certified copies of Dkt. Nos. 37 and 147-1 through 147-18 to supplement the previously certified record.

Dated this 5th day of December, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1