THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>　　　　　Defendants. | No. 3:18-cv-06025-RSL<br><br>**NOTICE OF APPEARANCE OF TIFFANY WANG** |

TO: 　　CLERK OF THE COURT

AND TO: 　ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE Tiffany Wang of Stoel Rives LLP hereby enters an appearance in association with counsel of record for Defendants Olympic Game Farm, Inc., Robert Beebe, James Beebe, and Kenneth Beebe.  All further service, papers, and pleadings in this case, except original process, should be served upon Defendants' counsel of record by leaving a copy with its attorneys at the address below.

NOTICE OF APPEARANCE OF TIFFANY WANG - 1
(3:18-cv-06025-RSL)

109044466.1 0069042-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

| | |
|---|---|
| 1 | DATED:  May 3, 2023. |
| 2 | STOEL RIVES LLP |
| 3 | *s/ Tiffany Wang* |
| 4 | Jason T. Morgan, WSBA No. 38346 |
|   | Aric H. Jarrett, WSBA No. 39556 |
| 5 | Rachel D. Groshong, WSBA No. 47021 |
|   | Tiffany Wang, WSBA No. 57367 |
| 6 | 600 University Street, Suite 3600 |
| 7 | Seattle, WA  98101 |
|   | Telephone:  206.624.0900 |
| 8 | Email:  jason.morgan@stoel.com |
|   |            aric.jarrett@stoel.com |
| 9 |            rachel.groshong@stoel.com |
|   |            tiffany.wang@stoel.com |
| 10 | |
| 11 | Attorneys for Defendants |

NOTICE OF APPEARANCE OF TIFFANY WANG - 2
(3:18-cv-06025-RSL)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED:  May 3, 2023.

*s/ Tiffany Wang*
Tiffany Wang, WSBA 57367

NOTICE OF APPEARANCE OF TIFFANY WANG - 3
(3:18-cv-06025-RSL)

109044466.1 0069042-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*