UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | Case No. 3:18-CV-06025-RSL<br><br>ORDER FOR FURTHER BRIEFING |

On October 4, 2023, the Court entered its Second Amended Order Setting Trial Date and Related Dates dismissing plaintiff's public nuisance claim because it fails as a matter of law. Dkt. #285 at 2. Plaintiff timely filed a motion for reconsideration. Dkt. #286. The Clerk of the Court is directed to renote the motion for reconsideration (Dkt. #286) on the Court's calendar for Friday, November 3, 2023. Defendants may file a response on or before Monday, October 30, 2023. Plaintiff's reply, if any, is due on or before the note date.

DATED this 13th day of October, 2023.

Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 1