UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANIMAL LEGAL DEFENSE FUND,                    )
                                              )
                    Plaintiff,                )       Case No. 3:18-cv-06025-RSL
                                              )
        v.                                    )
                                              )       ORDER GRANTING PLAINTIFF'S
OLYMPIC GAME FARM, INC., ROBERT               )       MOTION FOR LEAVE TO FILE A
BEEBE, JAMES BEEBE, and KENNETH               )       REPLY
BEEBE,                                        )
                                              )
                    Defendants.               )
_____ )

        This matter comes before the Court on Plaintiff's motion for leave to file a reply to

Defendants' second response to Plaintiff's motion for reconsideration.

        Having considered Plaintiff's motion, the Court hereby ORDERS AS FOLLOWS:

        1.      Plaintiff's motion for leave to file a reply is GRANTED.

        2.      Plaintiff's proposed reply brief and supporting declaration attached to its motion

for leave are accepted and deemed filed as of January 5, 2024.

        DATED this ___8th___ day of _____January_____, 2024.

                                              _____
                                              Robert S. Lasnik
                                              United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE REPLY
- 1