UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiff, <br><br> v. <br><br> OLYMPIC GAME FARM, INC., *et al.*, <br><br> Defendants. | Case No. C18-6025RSL <br><br> ORDER GRANTING RECONSIDERATION |

This matter comes before the Court on plaintiff's timely motion for reconsideration of the case management order issued on October 4, 2023. Dkt. # 286. The order identified only four practices/events remaining at issue in this lawsuit. Plaintiff argues that its federal Endangered Species Act ("ESA") claim regarding the unlawful possession of the Canada lynx, Purrsia, remains in play. The Court, after reviewing the record in this matter, requested additional briefing. Dkt. # 309.

Defendants do not dispute the Court's preliminary conclusion that it has not yet resolved plaintiff's claim that defendants "possess" a Canada lynx in violation of the Washington Endangered Species Act and, therefore, have violated the federal ESA. The motion for reconsideration is therefore GRANTED. The issue of whether defendants possess a Canada lynx in violation of the state and federal ESA remains in the case.

ORDER GRANTING RECONSIDERATION - 1

Defendants' arguments regarding standing, jurisdiction, and the merits of the claim will be considered in the context of plaintiff's pending motion for summary judgment.

Dated this 9th day of January, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING RECONSIDERATION - 2