UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The deadlines for filing the agreed pretrial order, trial briefs, and trial exhibits are STRICKEN. The deadline for filing motions in limine remains March 11, 2024.

DATED this 12th day of February, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

  */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER – 1