UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiff, <br><br> v. <br><br> OLYMPIC GAME FARM, INC., *et al.*, <br><br> Defendants. | No. 3:18-cv-06025-RSL <br><br> MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The deadline for filing Motions in Limine is STRICKEN.

DATED this 1st day of March, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER – 1