UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:18-cv-06025-RSL<br><br>consolidated with<br>No. 3:22-cv-05774-RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS ASSERTED AGAINST KENNETH BEEBE AS MOOT** |

THIS MATTER comes before the Court on defendants' Motion to Dismiss Claims Asserted Against Kenneth Beebe as Moot (the "**Motion**"). Dkt. # 330. Having considered the papers submitted and confirmed that plaintiff does not intend to oppose the requested relief, IT IS HEREBY ORDERED that the Motion is **GRANTED**. All of the claims asserted by Animal Legal Defense Fund against Kenneth Beebe are hereby dismissed with prejudice as moot.

Dated this 11th day of March, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
CLAIMS ASSERTED AGAINST KENNETH BEEBE AS MOOT - 1