UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OLYMPIC GAME FARM, INC.,<br><br>　　　　Defendant. | NO.  C18-6025RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE |

　　The Court has appointed United States Magistrate Judge Michelle L. Peterson to act as settlement judge in this matter.  Judge Peterson's In-Court Deputy, Tim Farrell will be in contact with counsel to schedule.

　　DATED this 1st day of April, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE